| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) WOODLOCK, DOUGLAS P. | 2. Court or Organization DISTRICT OF MASSACHUSETTS | 3. Date of Report 04/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
Suite 4110, 1 Courthouse Way
Boston, MA 02210

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 1 |
| 2. | Trustee | Trust No. 2 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WOODLOCK, DOUGLAS P.** | 04/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 04/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Cash Reserves (money market) [FDRXX] | A | Dividend | J | T | | | | | |
| 2. Fidelity GNMA [FGMNX] | | None | | | Sold | 02/26/14 | K | D | |
| 3. Fidelity Growth Company [FGDRX] | D | Dividend | N | T | Buy (add'l) | 03/03/14 | L | | |
| 4. T.Rowe Price Small Cap [OTCFX] | | None | | | Sold | 02/24/14 | L | E | |
| 5. Fidelity Stock Selector [FDSSX] | D | Dividend | L | T | | | | | |
| 6. Davis New York Venture Fund, C1.A [NYVTX] | E | Dividend | M | T | | | | | |
| 7. T.Rowe Price Blue Chip Growth [TRBCX] [FRSRX] | | None | | | Sold | 02/24/14 | K | E | |
| 8. Vanguard Prime (money market)[VMMXX] | A | Dividend | N | T | | | | | |
| 9. Vanguard Long Term Investment Grade [VWETX] | A | Dividend | | | Sold | 02/24/14 | M | D | |
| 10. Vanguard Mid-Cap Index [VIMAX] | B | Dividend | M | T | | | | | |
| 11. Vanguard Value Index [VVIAX] | C | Dividend | M | T | | | | | |
| 12. Vanguard 500 Index [VFIAX] | C | Dividend | M | T | | | | | |
| 13. Vanguard Intermediate Term Bond Index [VBILX] | D | Dividend | N | T | Buy (add'l) | 02/24/14 | M | | |
| 14. Vanguard Short Term Bond Index [VBIRX] | C | Dividend | N | T | Buy (add'l) | 02/24/14 | M | | |
| 15. Vanguard Treasury (money market) [VUSXX] | A | Dividend | J | T | | | | | |
| 16. Sequoia [SEQUX] | D | Dividend | N | T | Buy (add'l) | 03/06/14 | M | | |
| 17. T. Rowe Price Mid-Cap Value [TRMCX] | | None | | | Sold | 02/24/14 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Value [TRVLX] | C | Dividend | N | T | Buy (add'l) | 02/24/14 | M | | |
| 19. Vanguard Small-Cap Index [VSMAX] | B | Dividend | M | T | | | | | |
| 20. Vanguard Extended Market Index [VEXAX] | B | Dividend | M | T | | | | | |
| 21. T. Rowe Price New American Growth [PRWAX](X) | D | Dividend | L | T | | | | | |
| 22. T. Rowe Price Emerging Mkts. [PRMSX] | B | Dividend | M | T | Buy (add'l) | 02/28/14 | M | | |
| 23. Dodge & Cox International [DODFX] | | None | | | Sold | 02/24/14 | L | C | |
| 24. Dodge & Cox Income [DODIX] | | None | | | Sold | 02/24/14 | L | D | |
| 25. T.Rowe Price Mid-Cap Growth [RPMGX] | | None | | | Sold | 02/24/14 | K | D | |
| 26. Vanguard Int'l Stock Index[VITAX] | D | Dividend | N | T | Buy (add'l) | 02/24/14 | L | | |
| 27. Vanguard Total Bond Index [VBTLX] | A | Dividend | | | Sold | 02/24/14 | M | D | |
| 28. Vanguard Total Stock Index [VTSAX] | D | Dividend | M | T | Buy (add'l) | 02/24/14 | K | | |
| 29. Fidelity Spartan 500 Index [FUSVX] | C | Dividend | M | T | | | | | |
| 30. Fidelity Spartan Extended Market [FSEVX] | B | Dividend | M | T | | | | | |
| 31. Fidelity Spartan In'tl Index [FSIVX] | D | Dividend | M | T | Buy (add'l) | 03/03/14 | K | | |
| 32. Bank of America accounts | A | Int./Div. | L | T | | | | | |
| 33. Amer. Euro Pac. Growth Fund [AEPGX] | A | Dividend | L | T | | | | | |
| 34. First Eagle Global Fund [SGENX] | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Matthews Int'l Pac. Tiger Fund [MAPTX] | | None | | | Sold | 02/24/14 | K | B | |
| 36. Matthews Int'l China Fund [MCHFX] | | None | | | Sold | 02/24/14 | K | | |
| 37. Fidelity Mass. Muni (money market) [FDMXX] | A | Dividend | P1 | T | | | | | |
| 38. Trust No. 3 | E | Distribution | | | Distributed | 04/30/14 | K | | |
| 39. Vanguard Dividend Appreciation Index [VDADX] | D | Dividend | N | T | Buy | 02/24/14 | N | | |
| 40. | | | | | Sold (part) | 12/15/14 | K | B | |
| 41. Vanguard FTSE All-World ex US Index [VFWAX] | D | Dividend | N | T | Buy | 02/24/14 | L | | |
| 42. | | | | | Buy (add'l) | 04/01/14 | L | | |
| 43. | | | | | Buy (add'l) | 06/25/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WOODLOCK, DOUGLAS P.** | 04/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I and Part VII:
All assets of Trusts No. 1 and No. 2, identified in Part I, are listed individually in Part VII.

Part VIII, line 38:
This entry reflects the remaining one-third share in Trust No. 3, as a beneficiary in the estate                      That share was effectively distributed when the estate was closed upon resolution of tax liabilities in 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **DOUGLAS P. WOODLOCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544